**FAIRES v. STATE BD. OF ELECTIONS**

[368 N.C. 825 (2016)]

SABRA FAIRES, BENNETT LITTLE COTTEN, AND DIANE P. LAHTI
v.
STATE BOARD OF ELECTIONS; A. GRANT WHITNEY, JR., CHAIR, AND RHONDA K. AMOROSO, JOSHUA D. MALCOLM, MAJA KRICKER, AND JAMES L. BAKER, MEMBERS OF THE STATE BOARD, IN THEIR OFFICIAL CAPACITIES ONLY; AND KIM WESTBROOK STRACH, EXECUTIVE DIRECTOR OF THE STATE BOARD, IN HER OFFICIAL CAPACITY ONLY

No. 84A16

Filed 6 May 2016

Appeal pursuant to N.C.G.S. § 7A-27(a1) from a judgment entered on 4 March 2016 by a three-judge panel of the Superior Court, Wake County, appointed by the Chief Justice under N.C.G.S. § 1-267.1. Heard in the Supreme Court on 13 April 2016.

*Tharrington Smith, LLP, by Michael Crowell, Deborah Stagner, Stephen Rawson, and Neal Ramee, for plaintiff-appellees.*

*Roy Cooper, Attorney General, by John F. Maddrey, Solicitor General; Elizabeth A. Fisher, Assistant Solicitor General; Alexander McC. Peters, Senior Deputy Attorney General; and Melissa L. Trippe, Special Deputy Attorney General, for defendant-appellants.*

*Graebe, Hanna & Sullivan PLLC, by Mark R. Sigmon; American Civil Liberties Union of North Carolina Legal Foundation, by Christopher Brook and Jenifer Wolfe; and Civitas Institute, Center for Law and Freedom, by Elliot Engstrom, for American Civil Liberties Union of North Carolina Legal Foundation and Civitas Institute, Center for Law and Freedom, amici curiae.*

*John V. Orth, pro se, amicus curiae.*

PER CURIAM.

Justice EDMUNDS took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the judgment of the three-judge panel of the Superior Court, Wake County. Accordingly, the judgment of the three-judge panel of the Superior Court, Wake County is left undisturbed and stands without precedential value. *See, e.g., State v. Long*, 365 N.C. 5, 705 S.E.2d 735 (2011) (per curiam); *State v. Greene*, 298 N.C. 268, 258 S.E.2d 71 (1979) (per curiam).

AFFIRMED.